IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:11 CV 159

| | |
|---|---|
| KIMBERLY S. SISK, Individually and as Mother and Natural Guardian of S.A.S., a Minor, ) ) ) ) Plaintiff ) ) V ) ) ABBOTT LABORATORIES, an ) Illinois Corporation, ) ) Defendant ) | ORDER |

**THIS MATTER** is before the court on Mary E. Euler's Application for Admission to Practice *Pro Hac Vice* of Kate G. Westad. It appearing that Kate G. Westad is a member in good standing with the Minnesota Bar and will be appearing with Mary E. Euler, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Mary E. Euler's Application for Admission to Practice *Pro Hac Vice* (#51) of Kate G. Westad is **GRANTED**, and that Kate G. Westad is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Mary E. Euler.

Signed: July 1, 2011

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge