IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:11cv159

| | |
|---|---|
| KIMBERLY S. SISK, Individually and as Mother and Natural Guardian of S.A.S., a Minor, <br><br> Plaintiffs, <br><br> v. <br><br> ABBOTT LABORATORIES, and Illinois Corporation, <br><br> Defendant. | ORDER |

**THIS MATTER** is before the court on James W. Williams's Application for Admission to Practice Pro Hac Vice of June K. Ghezzi [# 53]. It appearing that June K. Ghezzi is a member in good standing with the Illinois Bar and will be appearing with James Williams, a member in good standing with the Bar of this Court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that James W. Williams's Application for Admission to Practice Pro Hac Vice [# 53] of June K. Ghezzi is **GRANTED**, and that June K. Ghezzi is **ADMITTED** to practice, pro hac vice, before the Bar of this court while associated with James Williams.

Signed: July 6, 2011

Dennis L. Howell
United States Magistrate Judge