IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:11cv159

| | |
|---|---|
| KIMBERLY S. SISK, Individually ) <br> and as Mother and Natural Guardian ) <br> of S.A.S., a Minor, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ABBOTT LABORATORIES, and ) <br> Illinois Corporation, ) <br> ) <br>     Defendant. ) <br> _____ ) | **ORDER** |

**THIS MATTER** is before the court on James W. Williams's Application for Admission to Practice Pro Hac Vice of Paula S. Quist [# 54]. It appearing that Paula Quist is a member in good standing with the Illinois Bar and will be appearing with James Williams, a member in good standing with the Bar of this Court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

### ORDER

**IT IS, THEREFORE, ORDERED** that James W. Williams's Application for Admission to Practice Pro Hac Vice [# 54] of Paula Quist is **GRANTED**, and that Paula Quist is **ADMITTED** to practice, pro hac vice, before the Bar of this court while associated with James Williams.

Signed: July 6, 2011

Dennis L. Howell
United States Magistrate Judge