# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:11cv159

| | |
|---|---|
| KIMBERLY S. SISK, Individually and as Mother and Natural Guardian of S.A.S., a Minor, )<br><br>Plaintiff, )<br><br>v. )<br><br>ABBOTT LABORATORIES, an Illinois Corporation, )<br><br>Defendant. ) | **ORDER** |

The Local Rules of this Court require an attorney practicing in this Court to register for an ECF account with the Clerk of Court. LcvR 83.1(A). Moreover, an attorney not licensed to practice in the Western District of North Carolina must be admitted *pro hac vice* to practice in this Court. Attorneys Melissa Hirst, Sara Daggett, and William Tipping have been provided two Notices from the Clerk that they are required to register for an ECF account and file motions for leave to appear *pro hac vice*. (Notice, Jun. 29, 2011; Second Notice, August 1, 2011.) To date, Attorneys Hirst, Daggett, and Tipping have not registered for an ECF account and have not been admitted *pro hac vice* in this Court as required by Local Rule 83.1(A). Accordingly, the Court **ORDERS** Attorneys Melissa Hirst, Sara Daggett, and William Tipping to either register for ECF account at www.ncwd.uscourts.gov and move to

be admitted *pro hac vice* by September 16, 2011, or the Court will direct the Clerk to remove them as attorneys of record in this case and they will not be allowed to practice before the Court in this matter. The Court **DIRECTS** the Clerk to mail a copy of this Order by U.S. mail to Attorneys Melissa Hirst, Sara Daggett, and William Tipping.

Signed: September 9, 2011

Dennis L. Howell
United States Magistrate Judge