# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:11 CV 159

| | |
|---|---|
| KIMBERLY S. SISK, Individually and as Mother and Natural Guardian of S.A.S., a Minor, | ) ) ) ) |
| Plaintiff | ) ) |
| V | ) **ORDER** |
| ABBOTT LABORATORIES, an Illinois Corporation, | ) ) ) ) |
| Defendant | ) |

**THIS MATTER** is before the court on James W. Williams' Application for Admission to Practice *Pro Hac Vice* of Melissa B. Hirst. It appearing that Melissa B. Hirst is a member in good standing with the Illinois Bar and will be appearing with James W. Williams, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that James W. Williams Application for Admission to Practice *Pro Hac Vice* (#79) of Melissa B. Hirst is **GRANTED**, and that Melissa B. Hirst is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with James W. Williams.

Signed: September 13, 2011

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge