# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

-----------------------------------------------------------

| | |
|---|---|
| KIMBERLY S. SISK, individually and as mother, natural guardian and Guardian ad Litem of S.A.S., a minor, | Court File No. 1:11-CV-00159<br>Judge Martin Reidinger<br>Magistrate Judge Dennis L. Howell |
| Plaintiff, | |
| vs. | **SUPPLEMENT TO PLAINTIFF'S MEMORANDUM IN OPPOSITION TO ABBOTT'S MOTION TO DISMISS SECOND AMENDED COMPLAINT** |
| ABBOTT LABORATORIES, an Illinois corporation, | |
| Defendant. | |

-----------------------------------------------------------

Plaintiff submits Exhibit 1, Memorandum and Opinion Order, Security National Bank v. Abbott Laboratories, No. 11-CV-4017-DEO, 2012 U.S. Dist. LEXIS 11929 (N.D. Iowa Feb. 1, 2012), attached hereto, as supplemental authority in support of Plaintiff's Memorandum in opposition to Defendant Abbott Laboratories' Motion to Dismiss the Second Amended Complaint.


By /s/ Mary E. Euler

| | |
|---|---|
| Mary E. Euler | Stephen C. Rathke |
| McGuire, Wood & Bissette, P.A. | Lommen, Abdo, Cole, King and Stageberg, P.A. |
| 48 Patton Avenue | 2000 IDS Center |
| P.O. Box 3180 | 80 South 8th Street |
| Asheville, NC  28802-3180 | Minneapolis, MN  55402 |
| (828) 254-8800 | (612) 339-8131 |
| (828) 259-9623 | FAX: (612) 339-8064 |
| meuler@mwbavl.com | steve@lommen.com |
| | ***ATTORNEYS   FOR   PLAINTIFF*** |

4813-8510-3886, v. 1