**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:11cv159**

| | | |
|---|---|---|
| **KIMBERLY S. SISK, Individually** | ) | |
| **and as Mother and Natural Guardian** | ) | |
| **of S.A.S., a Minor,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **ABBOTT LABORATORIES, an** | ) | |
| **Illinois Corporation,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

Pending before the Court is Plaintiff's Motion to Compel [# 101]. Upon a review of the parties' briefs and the record in this case, the Court **DIRECTS** the parties to appear for a hearing on March 20, 2013, at 10:00 a.m. in Courtroom 2 at the United States District Court Western District of North Carolina, Asheville Division, 100 Otis Street, Asheville, North Carolina. At the hearing, the Court will address the Plaintiff's Motion to Compel. The Court **DIRECTS** the parties to meet in person or by telephone prior to March 13, 2013, and attempt to resolve this discovery dispute without the Court's intervention. The Parties shall file a joint status report by March 15, 2013, setting forth the steps they took to resolve this dispute, whether they were able to resolve any of the outstanding discovery issues, and what issues remain for the Court to address at the hearing.

Signed: February 26, 2013



Dennis L. Howell
United States Magistrate Judge