IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:11cv159

| | |
|---|---|
| KIMBERLY S. SISK, Individually and as Mother and Natural Guardian of S.A.S., a Minor,<br><br>Plaintiff,<br><br>v.<br><br>ABBOTT LABORATORIES, an Illinois Corporation,<br><br>Defendant. | **ORDER** |

Pending before the Court is Plaintiff's Motion to Compel [# 101]. On March 20, 2013, the Court held a hearing on the Motion to Compel. After oral argument, and based upon the Court's review of the entire record in this case and the relevant legal authority, the Court entered an oral Order granting the Motion to Compel. Pursuant to the terms stated at the March 20, 2013, hearing, the Court **GRANTS** the Motion to Compel [# 101].

Signed: March 22, 2013

Dennis L. Howell
United States Magistrate Judge