IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:11cv159

| | |
|---|---|
| KIMBERLY S. SISK, Individually and as Mother and Natural Guardian of S.A.S., a Minor,<br><br>　　Plaintiff,<br><br>v.<br><br>ABBOTT LABORATORIES, an Illinois Corporation,<br><br>　　Defendant. | **ORDER** |

Pending before the Court is the Unopposed Motion to Amend/Correct Mediation Deadline. [# 129]. For good cause shown, the Court **GRANTS** the motion [# 129]. The Court extends the mediation deadline in this case until December 15, 2013. All other deadlines remain unchanged.

Signed: July 25, 2013

Dennis L. Howell
United States Magistrate Judge