IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:11 CV 159

| | |
|---|---|
| KIMBERLY S. SISK, Individually and as Mother and Natural Guardian of S.A.S., a Minor, )<br><br>Plaintiff )<br><br>V )<br><br>ABBOTT LABORATORIES, an Illinois Corporation, )<br><br>Defendant. ) | **ORDER** |

**THIS MATTER** is before the Court on Wyatt S. Stevens' Application for Admission to Practice *Pro Hac Vice* of Daniel E. Reidy. It appearing that Daniel E. Reidy is a member in good standing with the Illinois State Bar and will be appearing with Wyatt S. Stevens, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Wyatt S. Stevens' Application for Admission to Practice *Pro Hac Vice* (#197) of Daniel E. Reidy is **GRANTED**, and

that Daniel E. Reidy is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Wyatt S. Stevens.

Signed: February 21, 2014

Dennis L. Howell
United States Magistrate Judge