# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:11-cv-00159-MR-DLH

| | |
|---|---|
| KIMBERLY S. SISK, individually and as mother and natural guardian of S.A.S., a minor, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>ABBOTT LABORATORIES, an Illinois corporation, )<br>)<br>)<br>Defendant. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the parties' Joint Motion Requesting the Use of a Jury Questionnaire Prior to Trial [Doc. 164]. The parties have submitted a proposed jury questionnaire, which is ten (10) pages in length, for the Court's consideration. [Doc. 164-1].

The parties' motion will be denied. The Clerk of Court already has distributed the Court's standard questionnaire to the jury pool, and those responses will be available for review by counsel prior to the commencement of jury selection. Additionally, any issues not addressed

by the questionnaire may be raised by counsel during voir dire of the jury panel.

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion Requesting the Use of a Jury Questionnaire Prior to Trial [Doc. 164] is **DENIED**.

**IT IS SO ORDERED.**  Signed: February 24, 2014

Martin Reidinger
United States District Judge